UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____
                                                            )
**PROTECT OUR DEFENDERS** and      )
**CONNECTICUT VETERANS LEGAL**   )
**CENTER,**                                            )   No. 3:17-cv-02073 (VLB)
                                                            )
        **Plaintiffs,**                        )
                                                            )
        v.                                         )   November 13, 2018
                                                            )
**DEPARTMENT OF DEFENSE,**          )
**DEPARTMENT OF HOMELAND**      )
**SECURITY,**                                       )
                                                            )
        **Defendants.**                       )
_____)

## MOTION TO WITHDRAW LAW STUDENT INTERN APPEARANCE

The undersigned counsel hereby moves to withdraw the appearance of law student intern Giovanni Sanchez for the plaintiffs in the above-captioned matter. In support of this motion, the undersigned respectfully represents the following:

1. The plaintiffs are currently represented by Michael J. Wishnie, Jerome N. Frank Legal Services Organization, Yale Law School. The Jerome N. Frank Legal Services Organization has represented the plaintiffs throughout this litigation and Mr. Wishnie is the attorney of record.

2. Giovanni Sanchez appeared in this case as a law student intern in the Veterans Legal Services Clinic at Yale Law School.

3. Giovanni Sanchez is no longer enrolled in the Veterans Legal Services Clinic.

1

WHEREFORE, the undersigned respectfully moves this Court to grant the motion to withdraw Mr. Sanchez's appearance as a law student intern from this matter.

/s/ Michael J. Wishnie
Michael J. Wishnie, ct27221
Supervising Attorney
Jerome N. Frank Legal Services Organization
Veterans Legal Services Clinic
P.O. Box 209090
New Haven, CT 06520-9090
(203) 432-4800

## CERTIFICATION

I hereby certify that on November 13, 2018, a copy of the foregoing MOTION TO WITHDRAW LAW STUDENT INTERN APPEARANCE was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        **/s/ Michael J. Wishnie**
                                        Michael J. Wishnie, ct27221
                                        Supervising Attorney
                                        Jerome N. Frank Legal Services Organization
                                        Veterans Legal Services Clinic
                                        P.O. Box 209090
                                        New Haven, CT 06520-9090
                                        (203) 432-4800