UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **PROTECT OUR DEFENDERS, et al.,** | : | |
| *Plaintiffs*, | : | No. 3:17-cv-2073 (VLB) |
| v. | : | |
| **DEPARTMENT OF DEFENSE, et al.** | : | DECEMBER 3, 2018 |
| *Defendants*. | : | |

### JOINT MOTION FOR MODIFICATION OF THE SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 6(b) and D. Conn. L. Civ. R. 7(b)(1) & 7(d), the parties make the following joint request for modification of the scheduling order.

Defendants Department of Defense and Department of Homeland Security respectfully request that the Court enter an order extending by an additional ten days the deadline to file a reply in support of defendants' motion for summary judgment (Doc. # 37), filed October 5, 2018.  In light of defendants' request and their proposal to file a supplemental declaration, plaintiffs request an extension of their deadline to file a sur-reply brief in response to defendants' reply.  The parties joint proposal would modify the scheduling order as described below.

On November 13, 2018, the Court granted (Doc. #42) defendants' first motion for an extension to file the proposed reply brief (Doc. #41).  Under the Court's order, defendants' reply is due tomorrow, December 4, 2018.  Defendants' request would extend the deadline until December 14, 2018.  Any sur-reply of plaintiffs would then be due on December 31, 2018.  In light of the New Year's Day holiday and travel schedules, plaintiffs ask until January 10, 2019, to file any sur-reply.

As stated, this motion is defendants' second request to extend this specific deadline.  This is plaintiffs' first request to extend this specific deadline.  Both parties consent to the other's request, thus, this is a joint filing.

Pursuant to D. Conn. L. Civ. R. 7(b)(1), motions for time will be granted for good cause.  Good cause exists here for the following reasons.

Since defendants filed their first motion for time, they have been diligently working on the reply brief.  Defendants have secured an additional declaration that will be filed as part of their reply.  However, defendants have not yet been able to coordinate among all necessary personnel regarding other outstanding issues, in particular the question whether they can further narrow any of the issues in dispute.

Defendants expected to make progress on these issues today and tomorrow, December 3, and 4, but relevant Air Force personnel were released from work at noon on Monday, December 3, and are likely to be released from work on Tuesday, December 4, 2018, due to the death of President George H.W. Bush.  Consequently, defendants will not be able to finalize any outstanding issues in time for tomorrow's deadline.

Additionally, defendants note that their delay in resolving these issues arose in part due to changes in agency counsels' circumstances.  One agency counsel, who is a member of the Navy Reserve, has been on reserve duty for the past two weeks.  During this time, unforeseen technical complications prevented counsel from being able to review certain materials expeditiously.  The other agency counsel was out of the office last week for more days than expected.  These

technical and scheduling challenges have compounded the already-difficult task of coordinating among four components.

Defendants' first request for an extension of time, filed November 9, 2018, could not have anticipated the specific circumstances and scheduling challenges described above.

Defendants now are requesting 10 days, rather than a shorter amount of time, in light of the unexpected office closures on December 3 and 4 referenced above, and because an Executive Order issued this morning, December 3, 2018, has closed federal government offices (including the relevant Air Force office and defense counsel's office, the U.S. Attorney's Office for the District of Connecticut) on Wednesday, December 5, 2018.  Defendants will not be able to begin to continue addressing the outstanding issues until December 6, 2018.  The proposed deadline falls eight days after that date.  Defendants hope to file their reply before December 14, but request until that date in an abundance of caution.

Plaintiffs will likely file a response brief because defendants are filing a supplemental declaration.  If defendants' request is granted and their deadline is December 14, 2018, plaintiffs' response deadline would be December 31, 2018.  This deadline falls during a time that plaintiffs' counsel will be on academic break.  In addition, because of the holidays at the end of December, plaintiffs' counsel will need additional time for consulting with the plaintiffs and with the law student interns handling this matter under the supervision of counsel of record.  Accordingly, plaintiffs request until January 10, 2019, to complete their filing.

**The proposed extensions are not expected to affect any other deadline in the case; the parties' joint trial memorandum is not due until June 6, 2019 (Doc. #35).**

**Accordingly, the parties jointly request until December 14, 2018, for defendants to file a reply brief in support of the pending motion for summary judgment, and until January 10, 2019, for plaintiffs to file a sur-reply.**

**Respectfully submitted,**

**JOHN H. DURHAM**
**United States Attorney**

*/s/ Natalie N. Elicker*
**Natalie N. Elicker, ct28458**
**Assistant United States Attorney**
**157 Church Street**
**New Haven, CT 06510**
**Telephone: (203) 821-3700**
**Fax: (203) 773-5373**
**Email: Natalie.Elicker@usdoj.gov**