UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PROTECT OUR DEFENDERS, et al., | : | |
|     *Plaintiffs*, | : | No. 3:17-cv-2073 (VLB) |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF DEFENSE, et al. | : | JULY 19, 2019 |
|     *Defendants*. | : | |

## MOTION FOR RECONSIDERATION

Defendants, the Department of Defense and Department of Homeland Security, move pursuant to Fed. R. Civ. P. 60(b) for reconsideration of portions of the Court's July 12, 2019 Order (doc. # 52) which denied in part the defendants' motion for summary judgment (doc. # 37). The grounds for this motion are set forth in the accompanying memorandum of law, which "set[s] forth concisely the controlling decisions or data the movant believes the Court overlooked." D. Conn. L. Civ. R. 7(c)(1). Summary judgment is appropriate because defendants' redactions of personnel names, pursuant to Exemption 6, and deliberative materials, pursuant to Exemption 5, were appropriate. Reconsideration is warranted for the Court to consider: (1) caselaw analyzing 5 U.S.C. § 552(a)(2)(E), which the parties never briefed but which Court cited in its Order, and the fact that plaintiffs waived any challenge to the redacted records as "similar files"; and (2) an explanation of facts already before the Court, and an additional declaration that adds new facts, regarding the content of the narrowly redacted portion of the "Talking Paper," Exhibit 9-I2 (doc. #48-9). Further, the defendants offer to make the unredacted Talking Paper available to the Court to allow an independent, *in*

ORAL ARGUMENT
IS REQUESTED

*camera* inspection of the narrow portion of the Talking Paper that was redacted as deliberative process material.

Therefore, defendants respectfully ask the Court grant their motion for reconsideration and enter summary judgment in their favor on these two issues.

        Respectfully submitted,

        JOHN H. DURHAM
        United States Attorney

        */s/ Natalie N. Elicker*
        Natalie N. Elicker, ct28458
        Assistant United States Attorney
        157 Church Street
        New Haven, CT 06510
        Telephone: (203) 821-3700
        Fax: (203) 773-5373
        Email: Natalie.Elicker@usdoj.gov