UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PROTECT OUR DEFENDERS, et al.,  *Plaintiffs*, | : : : | No. 3:17-cv-2073 (VLB) |
| v. | : : | |
| DEPARTMENT OF DEFENSE, et al.  *Defendants*. | : : : | JULY 30, 2019 |

## STATUS REPORT

The Parties submit this Joint Status Report per this Court's July 16, 2019 Order (Doc. #53). Consistent with that Order, this Status Report proposes to the court a deadline for production of certain categories of documents. The parties' status report does not propose any production deadline for the categories of documents that are subject to defendants' motion for reconsideration (doc. #54), filed July 19, 2019. Therefore, this Status Report proposes to the court a deadline for the production of certain redacted staff judge advocate ("SJA") biographies, consistent with plaintiff's request, and for any additional records responsive to plaintiffs' Second Request, Item #7 (documents relating to the "race and discipline working group"). These documents, search declarations describing the branches' efforts to identify the biographies and Item #7 documents, and *Vaughn* indices, will be produced to plaintiffs by October 31, 2019.

Respectfully submitted,

JOHN H. DURHAM
United States Attorney

*/s/ Natalie N. Elicker*
Natalie N. Elicker, ct28458
Assistant United States Attorney
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Natalie.Elicker@usdoj.gov