UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PROTECT OUR DEFENDERS and CONNECTICUT VETERANS LEGAL CENTER, | : <br> : <br> : No. 3:17-cv-2073 (VLB) |
| Plaintiffs, | : |
| v. | : |
| DEPARTMENT OF DEFENSE and DEPARTMENT OF HOMELAND SECURITY, | : <br> : AUGUST 12, 2019 <br> : |
| Defendants. | : |

## LAW STUDENT INTERNS APPEARANCE

### 1. Certification of Law Students

We certify that in accordance with this Court's Local Rule 83.9(c):

(a) We, SEBASTIAN BATES, JAZMINE BUCKLEY, and MATTHEW D. HANDLEY are enrolled in law schools approved by the American Bar Association;

(b) We have completed at least two semesters of credit in legal studies; and

(c) We are neither employed by nor receiving compensation from clients in this case.

Date: July 30, 2019

Signature of Sebastian Bates

Date: July 30, 2019

Signature of Jazmine Buckley

Date: July 30, 2019

Signature of Matthew D. Handley

## 2. Consent of Clients

We hereby consent to the appearance of SEBASTIAN BATES, JAZMINE BUCKLEY, and MATTHEW D. HANDLEY to provide legal services and appear in court or administrative tribunals for us in the above-captioned matter under the supervision of MICHAEL J. WISHNIE.

Date: 11 Aug 19

Signature: _____
Col. Don Christensen (Ret.)
President, Protect Our Defenders

Date: 7/30/19

Signature: _____
Margaret Kuzma
Director, Discharge Upgrade Practice
Connecticut Veterans Legal Center

**3. <u>Consent of Supervising Attorney</u>**

**I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut and I assume professional responsibility for the work of SEBASTIAN BATES, JAZMINE BUCKLEY, and MATTHEW D. HANDLEY as law student interns, that I will assist the students to the extent necessary, and that I will appear with the students in all proceedings before the Court.**

**Date: <u>July 30, 2019</u>**                                    **Signature: <u>/s/ Michael J. Wishnie</u>**
                                                      **Michael J. Wishnie, ct27221**
                                                      **Jerome N. Frank Legal Services Organization**
                                                      **P.O. Box 209090**
                                                      **New Haven, CT. 06520-9090**
                                                      **Tel: (203) 432-4800**
                                                      **michael.wishnie@ylsclinics.org**

## CERTIFICATE OF SERVICE

**I hereby certify that on August 12, 2019, a copy of the foregoing MOTION FOR LEAVE FOR LAW STUDENT INTERNS TO APPEAR was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.**

>   **/s/ Michael J. Wishnie**
>   **Michael J. Wishnie, ct27221**
>   **Jerome N. Frank Legal Services Organization**
>   **P.O. Box 209090**
>   **New Haven, CT. 06520-9090**
>   **Tel: (203) 432-4800**
>   **michael.wishnie@ylsclinics.org**