UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PROTECT OUR DEFENDERS, et al., | : | |
| Plaintiffs, | : | No. 3:17-cv-2073 (VLB) |
| v. | : | |
| DEPARTMENT OF DEFENSE, et al. | : | OCTOBER 28, 2019 |
| Defendants. | : | |

### MOTION FOR EXTENSION OF TIME TO PRODUCE RECORDS

Pursuant to Fed. R. Civ. P. 6(b) and D. Conn. L. Civ. R. 7(b)(1), defendant Department of Defense ("DOD") respectfully requests that the Court enter an order extending by thirty days the deadline to produce responsive, non-exempt records with regard to certain items of plaintiffs' FOIA requests, as detailed below.

The current production deadline is October 31, 2019, based on the parties' joint status report of July 30, 2019 (doc. # 55). The proposed deadline is November 30, 2019. This motion is the first extension of time requested by DOD regarding this deadline. The extension will not affect any other deadline presently scheduled. Plaintiffs consent to this request, which is filed three days before the subject deadline. D. Conn. L. Civ. R. 7(b)(2)-(3).

The parties' joint status report proposed the October 31, 2019 deadline for two categories of records. Doc. #55. This request pertains to only one category of records, those responsive to plaintiffs' Second Request, Item #7 (records relating to the "race and discipline working group"). With regard to the other category of records, those that will satisfy plaintiff's request for redacted staff judge advocate

biographies, defendant is prepared to comply with the current production deadline of October 31, 2019.

Pursuant to D. Conn. L. Civ. R. 7(b)(1), motions for time will be granted for good cause.  Good cause exists to grant this motion.  Defendant requests an additional thirty days in order to thoroughly utilize the search terms discussed in the Court's Memorandum of Decision Granting in Part and Denying in Part Defendants' Motion for Summary Judgment (doc. # 52), in connection with the Air Force's "race and discipline working group."  Since the parties' joint status report, the defendant has been working with the subject agency to determine what data fields are available, to whom, in order to conduct searches.  Information that recently came to light made clear that some additional work was necessary for the searches to be thorough.  Nevertheless, defendant anticipates that some records will be ready for production earlier than the new proposed deadline, and will produce those records on a rolling basis as they are available.

For the reasons articulated above, defendant respectfully requests an extension of 30 days, until November 30, 2019, to complete production of the outstanding records addressed in the parties July 30, 2019 status report.

Respectfully submitted,

JOHN H. DURHAM
United States Attorney

/s/ Natalie N. Elicker
Natalie N. Elicker, ct28458
Assistant United States Attorney
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Natalie.Elicker@usdoj.gov