UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **PROTECT OUR DEFENDERS, et al.,** : | |
| *Plaintiffs*, : | No. 3:17-cv-2073 (VLB) |
| v. : | |
| **DEPARTMENT OF DEFENSE, et al.** : | DECEMBER 13, 2019 |
| *Defendants*. : | |

**DEFENDANT'S CONSENT MOTION FOR RELIEF FROM ORDER TO APPEAR
AT MOTION HEARING (ECF Nos. 62-63)
IN LIGHT OF PRODUCTION OF RECORDS**

Defendant Department of Defense ("DOD") respectfully requests relief from the Court's Order (ECF No. 62), filed Tuesday, December 10, 2019, for the parties to appear a motion hearing with respect to DOD's motion for an extension of time (ECF No. 61). The reason for this request is that DOD has on this day, December 13, 2019, produced to plaintiff the following materials:

- Records responsive to plaintiffs' Second Request, Item #7 (records relating to the "race and discipline working group").

- A search declaration regarding the same, with an attached *Vaughn* Index.

DOD has also previously produced certain documents to fulfill plaintiffs' request for certain staff judge advocate biographies, and the parties have been working together in good faith to ensure that that production was complete and sufficient.

In light of today's production, DOD believes it has completed its search for, and production of, all records responsive to plaintiffs' FOIA requests addressed in the parties' joint status report. ECF No. 55. Accordingly, DOD's request for an

extension for any additional time to complete the production is moot. DOD's production has been completed thirteen days after the present deadline of November 30, 2019. Defendant DOD again expresses contrition for having failed to file a motion for time before that deadline. Defendant regrets this oversight and confirms it will monitor future deadlines more closely.

As further grounds for requesting relief from the Order, defendant DOD wishes to inform the Court of the resource constraints currently faced by the Air Force's FOIA litigation team. Specifically, the official who will appear on Tuesday, December 17, 2019, if the Court does not grant relief from the Order, is the senior attorney in an office that until recently employed three attorneys, and is supposed to employ four attorneys. However, the office currently is manned by only two attorneys: the subject official and one other person. This office is responsible for all FOIA and Privacy Act litigation and appeals involving the Air Force. The official is stationed at Andrews Air Force Based in Maryland. Due to the agency's current resource constraints, requiring the official to travel to Connecticut will effectively leave the office operating at only 25% capacity while he is away, and during that time, less able to address other pending FOIA and Privacy Act matters affecting other federal court litigants. Accordingly, DOD seeks relief from the Court's order in order to conserve these unusually limited agency resources.

Plaintiffs consent to this request. Plaintiffs further state that they have not yet had an opportunity to review the documents produced today, but agree that in light of DOD's production, a hearing on the defendant's motion *nunc pro tunc* for an extension is not necessary.

With respect to future deadlines, the parties would appreciate an opportunity to confer with respect to proposing a scheduling order that permits them a limited opportunity to negotiate to attempt to resolve any outstanding issues, and then establishes a briefing schedule for any subsequent dispositive motion(s).

Respectfully submitted,

JOHN H. DURHAM
United States Attorney

/s/ *Natalie N. Elicker*
Natalie N. Elicker, ct28458
Assistant United States Attorney
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Natalie.Elicker@usdoj.gov