UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PROTECT OUR DEFENDERS, | : | |
| | : | |
| Plaintiff, | | Civ. No. 3:17CV2073(VLB) |
| v. | : | |
| U.S. DEPARTMENT OF DEFENSE, *et al.* | : | |
| Defendant. | : | DECEMBER 27, 2019 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned moves to withdraw her appearance. Assistant U.S. Attorney Natalie Elicker remains in the case to represent the defendants.

    Respectfully submitted,

    JOHN H. DURHAM
    UNITED STATES ATTORNEY


    */s/ Carolyn A. Ikari*
    CAROLYN A. IKARI
    ASSISTANT UNITED STATES ATTORNEY
    450 Main Street, Rm. 328
    Hartford, Connecticut  06103
    (860) 947-1101
    Fed. Bar No. ct13437
    Carolyn.Ikari@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on December 27, 2019, the foregoing Motion to Withdraw Appearance was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                    */s/ Carolyn A. Ikari*
                                    CAROLYN A. IKARI
                                    ASSISTANT U.S. ATTORNEY