UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PROTECT OUR DEFENDERS, et al., | : | |
|     *Plaintiffs*, | : | No. 3:17-cv-2073 (VLB) |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF DEFENSE, et al. | : | MARCH 17, 2020 |
|     *Defendants*. | : | |

### NOTICE OF COMPLIANCE AND REQUEST FOR TIME TO CONFER

The defendants write to respectfully inform the Court that they have located and produced all records at issue in the Court's orders, ECF Nos. 68 & 70. Department of Homeland Security completed its production of records prior to March 3, 2020. With respect to the Department of Defense: Army produced all records by March 4 or 5, 2020; Air Force made rolling productions over the past two weeks and its final record today; and Navy produced records this afternoon.

Defendants requested of plaintiffs whether they could complete their review of records within two weeks, and plaintiffs stated that they preferred thirty days for the review in light of the uncertainty of counsel and their client's availability due to issues related to COVID-19.

Respectfully submitted,

JOHN H. DURHAM
United States Attorney

/s/ *Natalie N. Elicker*
Natalie N. Elicker, ct28458
Assistant United States Attorney
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Natalie.Elicker@usdoj.gov